BENJAMIN B. WAGNER
United States Attorney
OLUSERE OLOWOYEYE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>AUSTIN REED,<br><br>               Defendant. | CASE NO. 2:12-CR-00450 MCE<br><br>ORDER RE: CONTINUING TRIAL DATE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT<br><br>DATE: November 7, 2013<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

      On November 7, 2013, the Court held a trial confirmation hearing in this case. Assistant United States Attorneys Olusere Olowoyeye and Jason Hitt appeared on behalf of plaintiff, the United States of America. Robert Holley, Esq. appeared with on behalf of defendant Austin REED, who was present and in custody.

      At the request of defense counsel, the Court vacated the December 2, 2013, Jury Trial, and set a Trial Confirmation Hearing on January 9, 2014, and a Jury Trial on February 10, 2014, both at 9:00 a.m. in courtroom 7.

      The United States was prepared for trial on the December 2, 2013 trial date. It was a defense motion to continue the trial date. Motion to continue was based upon defense's need to retain a DNA expert, examine the evidence, and issue a report.

      Having found that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial

1 Act, the Court therefore excluded time from November 7, 2013, to, and including, February 10, 2014,
2 from computation of time within which the trial of this matter must be commenced, pursuant to Local
3 Code T4.

    IT IS SO ORDERED.

Dated: November 26, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT